United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 19, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Jennifer Jermany | § | Case No. 16-35881-H2-13 |
| | § | Chapter 13 |
| | § | |
| | § | |
| Debtor | § | JUDGE DAVID JONES |

### ORDER DEEMING THE MORTGAGE CURRENT
### AND DIRECTING DEBTOR(S) TO RESUME PAYMENTS

(Docket No. 103)

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court finds that notice is proper and that the requested relief is proper. Accordingly, it is

**ORDERED THAT:**

1. Based on the Trustee's records, the Debtor has completed all payments to the Trustee required under the confirmed plan in this case to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

   RUSHMORE LOAN MANAGEMENT SERVICES

2. The claims of the above-listed creditor(s) are deemed current as of 11/30/2021. All escrow deficiencies, if any, are deemed cured. All legal fees, inspection fees and other charges imposed by the creditor, if any, are deemed satisfied in full. The creditor shall be solely responsible for any shortfall or failure to respond to the Trustee's notice and motion.

3. The Debtor should begin making direct payments to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

| **Creditor Name & Address** | **Amount** | **Next Payment Due Date** |
|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES<br>P O BOX 52708<br>IRVINE, CA 92619-2708 | 1,503.20 | 12/01/2021 |

Signed: August 19, 2022

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE